**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:22-cv-61324-RKA

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

ABBA AUTO CENTER, INC., a Florida Profit Corporation and CB 1001, LLC, a Florida Limited Liability Company,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, ABBA AUTO CENTER, INC. and CB 1001, LLC (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement and agree not to file any additional motions in this matter. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

By: *Anthony Tabasso*
Anthony Tabasso, Esq.
TABASSO & TAKIFF, P.A.
2744 East Commercial Blvd.
Fort Lauderdale, Florida 33308
Telephone: 954-290-4949
Facsimile: 800-540-6870
Email: anthonyy15@yahoo.com
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-61324-RKA

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

ABBA AUTO CENTER, INC., a Florida Profit Corporation and CB 1001, LLC, a Florida Limited Liability Company

      Defendant(s).
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 18, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

3

## SERVICE LIST:

HOWARD MICHAEL CAPLAN vs. ABBA AUTO CENTER, INC., a Florida Profit Corporation and CB 1001, LLC, a Florida Limited Liability Company

United States District Court Southern District Of Florida

CASE NO. 0:22-cv-61324-RKA

**ABBA AUTO CENTER, INC.**

**REGISTERED AGENT:**

DELIMA, AGNALDO P.
1005 NORTH 21 AVENUE
HOLLYWOOD, FL 33020

**VIA U.S. MAIL**

**CB 1001, LLC**

**REGISTERED AGENT:**

CABUS, ADEMAR
18553 SW 12TH ST
PEMBROKE PINES, FL 33029

**VIA U.S. MAIL**